# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**MARKETING SERVICES, INC.**                                                           **PLAINTIFF**

**vs.**                                           **CAUSE NO.: 4:02cv272-P-A**

**ADANI EXPORTS, LTD. AND**
**ABU DHABI COMMERCIAL BANK**                                    **DEFENDANTS**

## AGREED ORDER OF DISMISSAL

This matter having been brought on by the filing of Plaintiff's Complaint against the within named Defendants and the Plaintiff and the Defendants, Adani Exports, Ltd. and Abu Dhabi Commercial Bank, having reached an amicable resolution of their claims and the court being otherwise advised in the premises; and

It there appearing to the court that the Joint Motion of Dismissal With Prejudice [131-1] is well taken and should be granted as to the claims of Marketing Services, Inc. versus Adani Export, Ltd. and Abu Dhabi Commercial Bank.

IT IS THEREFORE ORDERED AND ADJUDGED that :

(1) The Joint Motion of Dismissal With Prejudice [131-1] is hereby granted; accordingly,

(2) Plaintiff's Complaint and all claims therein, versus the Defendants, Adani Exports, Ltd and Abu Dhabi Commercial Bank, and the Counterclaim of Adani Exports, Ltd. against Marketing Services, Inc., shall be and they hereby are dismissed with prejudice, with all parties to bear their own costs and expenses; however,

1

(3) The cross claims of Abu Dhabi Commercial Bank versus Adani Exports Ltd. and the defenses of Adani Exports, Ltd. thereto, are not dismissed, until further order of this Court.

SO ORDERED, this the 17th day of November, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE

Presented by:
s/Paul Mathis, Jr.
Paul Mathis, Jr., MSB No. 8993
**PAUL MATHIS, LLP**
P. O. Box 936
Greenville, MS 38702-0936
Telephone: (662) 332-6660
Facsimile: (662) 332-6668
ATTORNEY FOR ADANI EXPORTS, LTD.


S/Andrew N. Alexander, III
Andrew N. Alexander, III, MSB 1310
**LAKE TINDALL, LLP**
P. O. Box 918
127 South Poplar Street
Greenville, MS 38702-0918
Telephone: (662) 378-2121
Facsimile: (662) 378-2183
ATTORNEY FOR MARKETING SERVICES, INC