IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MARKETING SERVICES, INC.**                                            **PLAINTIFF**

VS.                                                                **CAUSE NO.: 4:02CV272-P-A**

**ADANI EXPORTS, LTD. AND**
**ABU DHABI COMMERCIAL BANK**                                   **DEFENDANTS**.

## FINAL JUDGMENT

This matter comes before the court upon Defendant Abu Dhabi Commercial Bank's Motion to Dismiss without Prejudice [135-1] its crossclaim against Defendant Adani Exports, Ltd.. Upon due consideration of the motion, the court finds that same should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant Abu Dhabi Commercial Bank's Motion to Dismiss without Prejudice [135-1] is **GRANTED**; accordingly,

(2) Defendant Abu Dhabi Commercial Bank's crossclaim against Defendant Adani Exports, Ltd. is **DISMISSED WITHOUT PREJUDICE**; and

(3) Since all other claims in this action were dismissed by Order of November 17, 2005, **THIS CASE IS CLOSED**.

**SO ORDERED** this the 13th day of January, A.D., 2006.

                                                                                /s/ W. Allen Pepper, Jr.
                                                                                W. ALLEN PEPPER, JR.
                                                                                UNITED STATES DISTRICT JUDGE